

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2022

No. 04-22-00055-CV

Andrew Wayne **BOCK**,
Appellant

v.

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-01786
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellee's brief originally was due on July 8, 2002.   Appellee has been granted one extension until August 8, 2022.  On August 2, 2022, appellee filed an unopposed motion requesting a second extension until September 7, 2022.

The motion is GRANTED, and appellee is ORDERED to file its brief **no later than September 7, 2022.**  No further extensions of time will be granted in the absence of extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court